**raft Bubble Mailer**

ide dimensions: 8.5 IN x 11 IN (21.6 cm x 27.9 cm)

**WEXFORD®**

```
ORIGIN ID:DAYA      (937) 408-2714        SHIP DATE: 26JUL24
JOSEPH RODERICK                           ACTWGT:
PLAINTIFF/PRO SE                          CAD: 308600009/INET4762
214 ERIE AVENUE

FAIRBORN, OH 45324                        BILL CREDIT CARD
UNITED STATES US

TO  UNITED STATES DISTRICT COURT OF AZ
    C/O CLERK OF COURTS
    401 W. WASHINGTON STREET

    PHOENIX AZ 85003
    (602) 322-7200          REF:
    INV:
    PO:                     DEPT:
```




FedEx Express

TUE - 30 JUL AA
PRIORITY OVERNIGHT

FedEx
TRK# 7776 3811 4878
0201

XA ZSYA

85003
AZ-US
PHX



4946721 29Jul2024 MWOA 581G6/A12D/C0B8

RT 210
FZ   1
    10:30
    4878  D
    07.30



FILED ___ LODGED
RECEIVED ___ COPY

JUL 30 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

HANDLE WITH CARE