IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Roderick, Jr,<br><br>　　　　Plaintiff,<br><br>v.<br><br>William Martin Joel, et al.,<br><br>　　　　Defendants. | NO. CV-24-01871-PHX-SMB<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 20, 2024, Plaintiff to take nothing, and the complaint and action are hereby dismissed.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 20, 2024

　　　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　　　Deputy Clerk